UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CARSON J. ROWLEY,<br><br>        Defendant. | 2:14-cr-15-TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's motion to modify conditions of release, docket no. 41, is GRANTED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2017.

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk