UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

CARSON J. ROWLEY,

        Defendant.

2:14-cr-15-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to modify conditions of release, docket no. 45, is GRANTED as follows. Defendant shall make arrangements with his probation officer as to the time of return on February 11, 2018; his transportation and lodging plans; and other arrangements and conditions his probation officer and location monitoring specialist impose.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1